IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **JUANDA CALLIER, ET AL,** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| v. | * | CA File No.: 4:16-CV-00309-CDL |
| | * | |
| **CEDAR TREE FAMILY AND** | * | |
| **CHILDREN SERVICES, LLC and** | * | |
| **MICHAEL MILFORD, individually,** | * | |
| | * | |
| **Defendants.** | * | |

**STIPULATION OF DISMISSAL**

**COMES NOW**, **JUANDA W. CALLIER, SARAH Y. CARTER, NATRIOUS V. JACKSON** and **DARREN W. WHITFIELD**, Plaintiffs herein, and, **CEDAR TREE FAMILY AND CHLDREN SERVICES, LLC and MICHAEL MILFORD**, Defendants herein, by and through counsel-of-record, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and file this **STIPULATION OF DISMISSAL**, and further show that Plaintiffs and Defendants hereby stipulate to dismissal of this action with

prejudice, the same to be considered a final judgment and adjudication on the merits.

Respectfully submitted this 13th day of September 2017 and agreed to by:

| | |
|---|---|
| /s/ John W. Roper | /s/Ted D. Morgan |
| John W. Roper | Ted D. Morgan |
| Georgia Bar No. 614159 | Georgia Bar No. 523099 |
| | |
| The Roper Law Firm | Ted D. Morgan, P.C. |
| 233 12th Avenue, Suite 602 | P.O. Box 2582 |
| Columbus, Georgia 31901 | Columbus, GA 31902-2582 |
| (706) 596-5353 | (706) 317-5733 |
| Attorney for Plaintiffs | Attorney for Defendants |